UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
STEPPING STONES VETERINARY WELLNESS

Case No.: 19-25144/VFP  
Chapter: 7  
Judge: Vincent F Papalia

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F Papalia on November 19, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 2017 Toyota Tacoma w/Vet Box-Petition Value: Unknown<br>Cash on Hand- Petition Value: $25.00<br>Checking Acct-Ocean First –Petition Value: $5,329.34<br>Steppingstonesveterinarywellness.com –Petition value: Unknown<br>A/R Over 90 Days-Petition Value: $0.00<br>Office Furniture: Petition Value: $60.00<br>Office Computers, laptops, printer: Petition Value: $8,000.00<br>Office Fixtures: Petition Value: $1,290.00<br>MYRAD Digital Wireless xray: Petition Value: $37,000.00<br>Exago Untrasound and 3 probes: Petition Value: $10,000.00<br>Finished goods: Petition Value: $850.00<br>Other Inventory/Supplies: Petition Value: $75.00<br>Customer List from purchase 2016: Petition Value: $0.00<br>Office Machinery, Fixtures- Petition Value: $24,115.00<br>Books & Records |
|---|---|

| Liens on property: | $42,263.23 – ONE PLACE CAPITAL (MYRAD Digital Xray& Generator)<br>$14,855.39- ONE PLACE CAPITAL (Exago Ultrasound & 3 probes)<br>$9,030.19 – PAYPAL LOAN BUILDER<br>$19,202.57 – TOYOTA FINANCIAL SERVICES (2017 Tacoma) |
|---|---|

| Amount of equity claimed as exempt: | All items being abandoned are either covered by above liens, or determined to be of inconsequential value and burdensome to the estate. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Andrew Sklar, Chapter 7 Trustee

Address:       1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-25144-VFP
Stepping Stones Veterinary Wellness LLC                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2              Date Rcvd: Oct 16, 2019
                              Form ID: pdf905              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db              +Stepping Stones Veterinary Wellness LLC,    49 Sharp Street N,    Millville, NJ 08332-2407
518392080       +American National Farm & Family,    POB 22019,    Albany, NY 12201-2019
518392082       +Beth Hirsch,    37 Knutsen Dr,    West Orange, NJ 07052-2166
518392086        NJ Dept of Environmental Protection,    PO box 638,    Trenton, NJ 08646-0638
518392087       +NJDEP,    Division of Revenue,    PO Box 638,    Trenton, NJ 08646-0638
518392088       +Ocean First Bank,    Cardmember Services,    POB 790403,    Saint Louis, MO 63179-0403
518392089        One Place Capital,    920 Center Creek Drive,    Fairmont, MN 56031
518392090       +Patterson Veterinary Supply,    28905 Network Place,    Chicago, IL 60673-1289
518392091       +Paypal Loan Builder,    Swift Financial,    3505 Silverside Road,    Wilmington, DE 19810-4905
518392092       +Robert Newman Bv Sc,    2219 Sanford Drive,    Vineland, NJ 08361-6858
518392093       +State of New Jersey,    Div. of Taxation,    POB 643,    Trenton, NJ 08646-0643
518392095       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Financial Services,     POB 5855,    Carol Stream, IL 60197)
518392094       +Tomlin Bros., Inc.,    Auto Body & Fender Repair,    996 Steep Run Road,
                  Millville, NJ 08332-7537
518392096       +Universal Imaging,    299 Adams Street,    Bedford Hills, NY 10507-1905
518392097       +WaWa Flex Card,    WEX Bank,    POB 6293,    Carol Stream, IL 60197-6293

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:14     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:10      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518392081       +E-mail/Text: g20956@att.com Oct 17 2019 00:21:46     AT&T Mobility,    PO Box 6463,
                  Carol Stream, IL 60197-6463
518392083       +E-mail/Text: documentfiling@lciinc.com Oct 17 2019 00:19:58     Comcast Business,
                  One Comcast Center,    1701 JFK Blvd.,    Philadelphia, PA 19103-2899
518392084        E-mail/Text: cio.bncmail@irs.gov Oct 17 2019 00:20:33     Internal Revenue Service,
                  Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                                 TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518392085*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,     Special Procedures,
                  955 So. Springfield Avenue,    Springfield, NJ 07081)
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kenneth L. Baum    on behalf of Creditor   OnePlace Capital kbaum@kenbaumdebtsolutions.com,
               fpisano@coleschotz.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 16, 2019
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Scott S. Rever    on behalf of Debtor Beth K Hirsch srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Scott S. Rever    on behalf of Debtor    Stepping Stones Veterinary Wellness LLC srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                        TOTAL: 8